UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED JOSEPH,<br><br>                      Plaintiff,<br><br>        -against-<br><br>TROUTMAN SANDERS LLP, et al.,<br><br>                      Defendants. | 23-CV-3404 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the August 30, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 9, 2023
              New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge